IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONNIE TROXELL, | : |
|     Plaintiff, | : |
| v. | : |
| MARTIN O'MALLEY[1] | :   CIVIL ACTION No. 21-5152 |
| Commissioner of Social Security, | : |
|     Defendant. | : |

**O R D E R**

**AND NOW** this 18th day of March 2024, upon consideration of the Parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 6) is **GRANTED**, and the matter is **REMANDED** to the Acting Commissioner of Social Security for an award of benefits, consistent with the Memorandum Opinion filed contemporaneously with this Order;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sulliva*n, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as Defendant. No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

                                                *s/ Richard A. Lloret*
                                                **HON. RICHARD A. LLORET**
                                                **United States Magistrate Judge**